UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
November 4, 2022
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>EDISON SMALL<br><br>Defendant. | Case No.  2:22-cr-00218-KJM<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:     UNITED STATES MARSHAL:

This is to authorize and direct you to release  EDISON SMALL Case No. 2:22-cr-00218-KJM  Charges 18 USC § 641 from custody for the following reasons:

     **X**   Release on Personal Recognizance under Pretrial Supervision

    _____   Bail Posted in the Sum of $ _____

    _____   Unsecured Appearance Bond $ _____

    _____   Appearance Bond with 10% Deposit

    _____   Appearance Bond with Surety

    _____   Corporate Surety Bail Bond

    _____   (Other):

Issued at Sacramento, California on November 4, 2022, at 2:00 PM.

Dated:  November 4, 2022

*Kendall J. Newman*
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE