HEATHER E. WILLIAMS, #122664
Federal Defender
DOUGLAS J. BEEVERS, # 288639
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700
Fax: 916-498-5710
Douglas_beevers@fd.org

Attorney for Defendant
EDISON SMALL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>EDISON SMALL,<br><br>  Defendant. | Case No.   2:22-cr-00218-KJM-1<br><br>**STIPULATION AND [PROPOSED] ORDER AMENDING CONDITIONS OF RELEASE** |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States Attorney, through Nicholas Fogg, Assistant United States Attorney, attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Douglas Beevers, attorney for defendant EDISON SMALL, that the conditions of pretrial release be modified as follows:

The parties stipulate that condition no. 10 of the release conditions pertaining to the curfew be removed. With respect to condition no. 4 pertaining to the travel restriction, the parties request that the condition be modified to allow travel between the Northern and Eastern districts. The grounds for this modification is that the defendant has secured employment in the Northern District and he will be working the night shift. The defendant has not had any violations and has been in constant contact with Pretrial Services Officer Taifa Gaskins.

Pretrial Services Officer Gaskins and Assistant United States Attorney Fogg concur with the conditions listed above. All other conditions are to remain as ordered.

Dated: November 29, 2022					Respectfully submitted,

								HEATHER E. WILLIAMS
								Federal Defender

								*/s/ Douglas Beevers*
								DOUGLAS BEEVERS
								Assistant Federal Defender
								Attorney for Defendant
								EDISON SMALL

Dated: November 29, 2022					PHILLIP A. TALBERT
								United States Attorney

								*/s/ Nicholas Fogg*
								NICHOLAS FOGG
								Assistant United States Attorney
								Attorney for Plaintiff

**ORDER**

IT IS HEREBY ORDERED that Mr. EDISON SMALL's travel restrictions and curfew conditions are modified as listed above. All other conditions of release are to remain as previously ordered.

DATED: November 30, 2022

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE