PHILLIP A. TALBERT
United States Attorney
NICHOLAS M. FOGG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:22-CR-00218 DJC |
|---|---|
| Plaintiff, | STIPULATION REGARDING CONTINUANCE OF SENTENCING; ORDER |
| v. | |
| EDISON SMALL, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for sentencing on September 7, 2023.

2. By this stipulation, the parties now move to continue sentencing until October 12, 2023, at 9:00 a.m.

[remainder of page intentionally blank]

3. The parties agree and stipulate that the PSR is not yet complete. A continuance is necessary to allow time for the PSR to be completed and for the parties to review it.

IT IS SO STIPULATED.

Dated:  September 1, 2023                    PHILLIP A. TALBERT
                                             United States Attorney


                                             /s/ NICHOLAS M. FOGG
                                             NICHOLAS M. FOGG
                                             Assistant United States Attorney


Dated:  September 1, 2023                    /s/ DOUGLAS BEEVERS
                                             DOUGLAS BEEVERS
                                             Counsel for Defendant
                                             EDISON SMALL

## ORDER

IT IS SO FOUND AND ORDERED this 5th day of September, 2023.

                                /s/ Daniel J. Calabretta
                                THE HONORABLE DANIEL J. CALABRETTA
                                UNITED STATES DISTRICT JUDGE