PHILLIP A. TALBERT
United States Attorney
NICHOLAS M. FOGG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:22-CR-00218 DJC |
|---|---|
| Plaintiff, | STIPULATION REGARDING CONTINUANCE OF SENTENCING; ORDER |
| v. | |
| EDISON SMALL, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for sentencing on October 12, 2023.

2. By this stipulation, the parties now move to continue sentencing until December 14, 2023, at 9:00 a.m.

[remainder of page intentionally blank]

3. The parties agree and stipulate that the PSR is not yet complete, although the defendant has completed his PSR interview. The defendant is out of custody. A continuance is necessary to allow time for the PSR to be completed and for the parties to review it. The parties have discussed the new sentencing date with the probation officer assigned to draft the PSR.

IT IS SO STIPULATED.

Dated: October 6, 2023                     PHILLIP A. TALBERT
                                           United States Attorney

                                           /s/ NICHOLAS M. FOGG
                                           NICHOLAS M. FOGG
                                           Assistant United States Attorney

Dated: October 6, 2023                     /s/ DOUGLAS BEEVERS
                                           DOUGLAS BEEVERS
                                           Counsel for Defendant
                                           EDISON SMALL

**ORDER**

IT IS SO FOUND AND ORDERED this 6th day of October, 2023.

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE