PHILLIP A. TALBERT
United States Attorney
NICHOLAS M. FOGG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:22-CR-00218 DJC |
| Plaintiff, | STIPULATION REGARDING CONTINUANCE OF SENTENCING AND HEARING ON DEFENDANT'S MOTION; ORDER |
| v. | |
| EDISON SMALL, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for sentencing on December 14, 2023.

2. On December 12, 2023, defendant filed a motion for specific performance and reassignment of the case. (ECF No. 46)

3. By this stipulation, the parties now move to continue hearing on this motion and sentencing to January 18, 2024.

[remainder of page intentionally blank]

4. The parties agree and stipulate to the following briefing schedule on the defendant's motion. The government will file its opposition to the motion no later than January 4, 2024. The defendant will file his reply brief no later than January 11, 2024.

IT IS SO STIPULATED.

Dated: December 13, 2023                    PHILLIP A. TALBERT
                                            United States Attorney

                                            /s/ NICHOLAS M. FOGG
                                            NICHOLAS M. FOGG
                                            Assistant United States Attorney

Dated: December 13, 2023                    /s/ DOUGLAS BEEVERS
                                            DOUGLAS BEEVERS
                                            Counsel for Defendant
                                            EDISON SMALL

**ORDER**

IT IS SO FOUND AND ORDERED this 13th day of December, 2023.

Dated:  December 13, 2023          /s/ Daniel J. Calabretta
                                   _____
                                   THE HONORABLE DANIEL J. CALABRETTA
                                   UNITED STATES DISTRICT JUDGE